**Fill in this information to identify the case:**

Debtor name Frazer School, Inc.

United States Bankruptcy Court for the: NORTHERN DISTRICT OF FLORIDA

Case number (if known) 26-10181

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property

12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** — **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | Capital City Bank | Checking | 5037 | $0.00 |
| 3.2. | Chase Bank | Checking | 5112 | $1,872.72 |
| 3.3. | Chase Bank | Checking | 5109 | $8,608.47 |
| 3.4. | Chase Bank | Checking | 5111 | $40,530.83 |
| 3.5. | Chase Bank | Savings | 7071 | $585,236.87 |
| 3.6. | Chase Bank | Checking | 5108 | $9,153.89 |

4. **Other cash equivalents** *(Identify all)*



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Frazer School, Inc. Case number *(If known)* 26-10181
Name

4.1. Frazer Foundation $52,759.40

5. **Total of Part 1.** $698,162.18
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2: Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☒ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1. Utility Deposit $24,000.00

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.** $24,000.00
Add lines 7 through 8. Copy the total to line 81.

**Part 3: Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☒ Yes Fill in the information below.

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | 146,606.00 | - | 0.00 | = .... | $146,606.00 |
| 11a. 90 days old or less: | 3,451.00 | - | 0.00 | = .... | $3,451.00 |
| 11b. Over 90 days old: | 51,863.16 | - | 0.00 | =.... | $51,863.16 |

12. **Total of Part 3.** $201,920.16
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4: Investments**

13. **Does the debtor own any investments?**

☒ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Frazer School, Inc. Case number *(If known)* 26-10181
Name

☒ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☒ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>School Furniture and Fixtures | $0.00 | | $168,105.03 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>Equipment and Machinery | $0.00 | | $13,836.93 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 43. | **Total of Part 7.**<br>Add lines 39 through 42. Copy the total to line 86. | | | $181,941.96 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 8: Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☒ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| | 47.1. School Vehicles | $0.00 | | $40,000.00 |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Frazer School, Inc. Case number (If known) 26-10181
Name

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.** $40,000.00
Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☒ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 55.1. 4700 NW 89th Blvd Gainesville, FL 32606 *See attached note. | Fee Simple | $8,500,000.00 | Recent cost | $8,500,000.00 |

56. **Total of Part 9.** $8,500,000.00
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.
☐ Yes Fill in the information below.

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☒ Yes Fill in the information below.


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Frazer School, Inc.
Name

Case number *(If known)* 26-10181

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| | |
|---|---|
| Leasehold Improvements | $105,200.00 |
| Undeposited Funds | $45,152.95 |

78. **Total of Part 11.** $150,352.95
Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Frazer School, Inc. Case number *(If known)* 26-10181
Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | | Current value of real property |
|---|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $698,162.18 | | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $24,000.00 | | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $201,920.16 | | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $181,941.96 | | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $40,000.00 | | |
| 88. | **Real property.** *Copy line 56, Part 9*.......................................................................................> | | | $8,500,000.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $150,352.95 | | |
| 91. | **Total.** Add lines 80 through 90 for each column | $1,296,377.25 | + 91b. | $8,500,000.00 |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | | $9,796,377.25 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

*For the Frazer School real property located at 4700 NW 89th Blvd, Gainesville, FL 32606, the tax assessed value is $4,056,600.00.

The Debtor is currently conducting investigations into the actual value of the property, and the reasons for the difference between the sales price and tax assessed value for the property.

**Fill in this information to identify the case:**

Debtor name Frazer School, Inc.

United States Bankruptcy Court for the: NORTHERN DISTRICT OF FLORIDA

Case number (if known) 26-10181

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1** Capital City Bank — Column A: $5,477,991.00 — Column B: $0.00

Creditor's Name

PO Box 900
Loan Servicing
Tallahassee, FL 32302

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
03/03/2026

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

**2.2** Guarav Seth — Column A: $1,500,000.00 — Column B: $0.00

Creditor's Name

3474 SW 109th Dr
Gainesville, FL 32608

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Frazer School, Inc. Case number (if known) 26-10181
Name

**2.3** Joyner Construction Partners, LLC
Creditor's Name
7545 W University Ave
Suite B
Gainesville, FL 32607
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
03/13/2026
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

$1,700,517.00 $0.00

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

**2.4** Kurt and Brittany Dudas
Creditor's Name

1031 SW 131st Street
Newberry, FL 32669
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
11/17/2025
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

$3,175,000.00 $0.00

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.5** NV5, Inc
Creditor's Name
200 S Park Road
Suite 350
Hollywood, FL 33021
Creditor's mailing address

Info@NV5.com
Creditor's email address, if known

**Date debt was incurred**
06/05/2025
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No

**Describe debtor's property that is subject to a lien**

$2,655.00 $0.00

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Frazer School, Inc. Case number (if known) 26-10181
Name

including this creditor and its relative priority.

☐ Unliquidated
☒ Disputed

---

2.6 Paul Stresing Associates, Inc — $248,000.00 — $0.00

Creditor's Name

14617 Main Street
Alachua, FL 32615
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
11/26/2025

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $12,104,163.00

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name Frazer School, Inc.

United States Bankruptcy Court for the: NORTHERN DISTRICT OF FLORIDA

Case number (if known) 26-10181

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|
| **2.1** Priority creditor's name and mailing address: Florida Department of Revenue, Bankruptcy Unit, P.O. Box 6668, Tallahassee, FL 32314<br>As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☒ Disputed<br>Date or dates debt was incurred<br>Basis for the claim:<br>Last 4 digits of account number<br>Is the claim subject to offset? ☒ No ☐ Yes<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | $0.00 | $0.00 |
| **2.2** Priority creditor's name and mailing address: Internal Revenue Service, PO Box 7346, Philadelphia, PA 19104<br>As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed<br>Date or dates debt was incurred<br>Basis for the claim:<br>Last 4 digits of account number<br>Is the claim subject to offset? ☒ No ☐ Yes<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | $667,298.24 | $667,298.24 |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Amount of claim |
|---|---|
| **3.1** **Nonpriority creditor's name and mailing address**: Areic Construction LLC, 7027 W Broward Blvd #339, Fort Lauderdale, FL 33317<br>**Date(s) debt was incurred** 04/27/2026<br>**Last 4 digits of account number** _<br>**As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $6,920.00 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Frazer School, Inc. Case number (if known) 26-10181
Name

| | | | |
|---|---|---|---|
| 3.2 | **Nonpriority creditor's name and mailing address**<br>AT&T<br>P.O. Box 5014<br>Carol Stream, IL 60197<br>**Date(s) debt was incurred** 06/08/2026<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $1,445.79 |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>Be Kind Aurora LLC<br>1869 SW 32nd Pl<br>Bell, FL 32619<br>**Date(s) debt was incurred** 05/30/2026<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $1,000.00 |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>Bryan Behl<br>819 NW 39th Dr<br>Gainesville, FL 32605<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $2,769.88 |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>Carr Riggs & Ingram<br>4500 NW 27th Ave<br>Gainesville, FL 32606<br>**Date(s) debt was incurred** 10/10/2025<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $8,700.00 |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>CC Pro Cleaners FL<br>4534 NW 82nd Rd<br>Gainesville, FL 32653<br>**Date(s) debt was incurred** 05/20/2026<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $4,800.00 |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>Christopher Lee<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $2,781.00 |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>Citra Cleaning Company<br>8781 Shannon's Mill Rd<br>Foley, AL 36535<br>**Date(s) debt was incurred** 12/18/2025<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $8,000.00 |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>Dana Teaford<br>23315 NW 200th Ln<br>High Springs, FL 32643<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $1,807.00 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Frazer School, Inc. Case number (if known) 26-10181
Name

3.10 **Nonpriority creditor's name and mailing address**
Deborah Ohaegbulam
9902 SW 22nd Ln
Gainesville, FL 32607
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $8,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.11 **Nonpriority creditor's name and mailing address**
DEX Imaging
3213 SW 42nd St
Gainesville, FL 32608
**Date(s) debt was incurred** 06/01/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $6,768.32
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.12 **Nonpriority creditor's name and mailing address**
Edge Content LLC c/o Ethan Fieldman
2510 NW 16th Ave
Gainesville, FL 32605
**Date(s) debt was incurred** 5/21/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $500,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.13 **Nonpriority creditor's name and mailing address**
Elevated
820 S Round Reagan Blvd
Suite 110
Longwood, FL 32750
**Date(s) debt was incurred** 01/01/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,916.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.14 **Nonpriority creditor's name and mailing address**
FL Dept of Law Enforcement
2331 Phillips Rd
Tallahassee, FL 32308
**Date(s) debt was incurred** 03/23/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $36.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.15 **Nonpriority creditor's name and mailing address**
FL Dept of Transportation
605 Suwannee Street
MS 57
Tallahassee, FL 32399
**Date(s) debt was incurred** 05/12/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $11.66
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.16 **Nonpriority creditor's name and mailing address**
Gainesville Afterschool Program
200 E University Ave
Gainesville, FL 32601
**Date(s) debt was incurred** 08/26/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $400.55
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.17 **Nonpriority creditor's name and mailing address**
Gainesville Regional Utilities
301 SE 4th Avenue
Gainesville, FL 32601
**Date(s) debt was incurred** 05/13/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $18,955.60
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Frazer School, Inc. Case number (if known) 26-10181
Name

3.18 **Nonpriority creditor's name and mailing address**
Gator CPR
1029 NW 23rd Ave
Gainesville, FL 32609
**Date(s) debt was incurred** 10/16/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,780.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.19 **Nonpriority creditor's name and mailing address**
Gator Fire Extinguisher
1032 S Main St
Gainesville, FL 32601
**Date(s) debt was incurred** 06/01/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $225.75
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.20 **Nonpriority creditor's name and mailing address**
Google LLC
1600 Amphitheatre Pkwy
Mountain View, CA 94043
**Date(s) debt was incurred** 05/31/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $148.82
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.21 **Nonpriority creditor's name and mailing address**
Great American
1609 NW 24th St
Gainesville, FL 32605
**Date(s) debt was incurred** 12/17/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $388.03
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.22 **Nonpriority creditor's name and mailing address**
Han Yi
8052 SW 86th Way
Gainesville, FL 32608
**Date(s) debt was incurred** 7/15/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $65,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.23 **Nonpriority creditor's name and mailing address**
Hocutts
13226 SW 1ST Pl
Newburry, FL 32669
**Date(s) debt was incurred** 12/17/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $4,092.42
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.24 **Nonpriority creditor's name and mailing address**
Hongtao Liu
8936 SW 11th Avenue
Gainesville, FL 32607
**Date(s) debt was incurred** 05/20/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $50,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.25 **Nonpriority creditor's name and mailing address**
Ironclad AF LLC
7751 Belfort Pkwy 180
Jacksonville, FL 32256
**Date(s) debt was incurred** 05/08/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $7,797.10
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Frazer School, Inc. Case number (if known) 26-10181
Name

3.26 **Nonpriority creditor's name and mailing address**
James Moore & Co
5931 NW 1st Pl
Gainesville, FL 32607
**Date(s) debt was incurred** 05/31/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $52,988.35
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.27 **Nonpriority creditor's name and mailing address**
James Schrader
13226 SW 1st Place
Newberry, FL 32669
**Date(s) debt was incurred** 03/02/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $250,000.00
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.28 **Nonpriority creditor's name and mailing address**
Jing Xue
7869 SW 85th Terrace
Gainesville, FL 32608
**Date(s) debt was incurred** 05/20/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $50,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.29 **Nonpriority creditor's name and mailing address**
John Power Tax Collector
12 SE 1st Street
County Administration Building
Gainesville, FL 32601
**Date(s) debt was incurred** 12/01/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $100.85
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.30 **Nonpriority creditor's name and mailing address**
Kandru Challa
2257 NW 31st Avenue
Gainesville, FL 32607
**Date(s) debt was incurred** 05/20/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $50,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.31 **Nonpriority creditor's name and mailing address**
Khare Nirkhiwale
4337 NW 35th Terrace
Gainesville, FL 32605
**Date(s) debt was incurred** 05/22/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $50,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.32 **Nonpriority creditor's name and mailing address**
Marchick
13148 SW 3rd Lane
Newberry, FL 32669
**Date(s) debt was incurred** 06/09/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $50,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.33 **Nonpriority creditor's name and mailing address**
Meteor Education
690 NE 23rd Avenue
Gainesville, FL 33609
**Date(s) debt was incurred** 06/03/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $5,230.27
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Frazer School, Inc. Case number (if known) 26-10181
Name

**3.34 Nonpriority creditor's name and mailing address**
My T Thai
6726 NW 81 Blvd
Gainesville, FL 32653
**Date(s) debt was incurred** 05/20/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $50,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.35 Nonpriority creditor's name and mailing address**
Natalie Brock
12218 SW 9th Ave
Newberry, FL 32669
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $8,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.36 Nonpriority creditor's name and mailing address**
Newberry Christian Community School, Inc
1520 NW 34th St
Gainesville, FL 32605
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.37 Nonpriority creditor's name and mailing address**
Patel Tatlor
14715 NW 50th Place
Alachua, FL 32615
**Date(s) debt was incurred** 05/20/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $50,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.38 Nonpriority creditor's name and mailing address**
Pauline Watson
8261 NW 54th Ter
Gainesville, FL 32653
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $8,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.39 Nonpriority creditor's name and mailing address**
Peng Lu
3880 SW 106 Street
Gainesville, FL 32608
**Date(s) debt was incurred** 05/20/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $300,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.40 Nonpriority creditor's name and mailing address**
Philadelphia Insurance
PO Box 70251
Philadelphia, PA 19176
**Date(s) debt was incurred** 06/12/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,497.40
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.41 Nonpriority creditor's name and mailing address**
PortnoyCPA
9283 San Jose Blvd
Suite 101
Jacksonville, FL 32257
**Date(s) debt was incurred** 01/31/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $7,862.47
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Frazer School, Inc. Case number (if known) 26-10181
Name

3.42 **Nonpriority creditor's name and mailing address**
Rashwin
540 NW Savannah Circle
Lot 18
Lake City, FL 32055
**Date(s) debt was incurred** 05/22/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $25,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.43 **Nonpriority creditor's name and mailing address**
Ravi Bali
577 Adeline Avenue
95136
**Date(s) debt was incurred** 12/01/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $18,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.44 **Nonpriority creditor's name and mailing address**
Riu Liu
10526 SW 22nd Ave
Gainesville, FL 32607
**Date(s) debt was incurred** 05/21/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $50,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.45 **Nonpriority creditor's name and mailing address**
Rubie Burangulov
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,585.50
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.46 **Nonpriority creditor's name and mailing address**
Scruggs, Carmichael & Weshow, PA
4923 NW 43rd St
Gainesville, FL 32606
**Date(s) debt was incurred** 05/29/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $17,120.88
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.47 **Nonpriority creditor's name and mailing address**
Southern Touch Cyber Services
9200 NW 39th Ave
Suite 130-3125
Gainesville, FL 32606
**Date(s) debt was incurred** 06/01/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $18,189.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.48 **Nonpriority creditor's name and mailing address**
Taylor'd HVAC Services
26253 W US Hwy 27
High Springs, FL 32643
**Date(s) debt was incurred** 05/27/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $592.61
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.49 **Nonpriority creditor's name and mailing address**
Tim Pagel Construction LLC
519 SE Paradise Point Road
Crystal River, FL 34429
**Date(s) debt was incurred** 10/30/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $7,092.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Frazer School, Inc. Case number (if known) 26-10181
Name

3.50 **Nonpriority creditor's name and mailing address**
Tovy Guan
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $2,114.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.51 **Nonpriority creditor's name and mailing address**
Vedaant Khare
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $2,114.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.52 **Nonpriority creditor's name and mailing address**
Yifan Wang
8453 NW 64th Ln
Gainesville, FL 32653
**Date(s) debt was incurred** 05/20/2025
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $200,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.53 **Nonpriority creditor's name and mailing address**
Zenith Insurance Company
PO Box 1558
Sarasota, FL 34230
**Date(s) debt was incurred** 06/27/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $71.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.54 **Nonpriority creditor's name and mailing address**
Ziwei Lu
1126 NW 57th Street
Gainesville, FL 32605
**Date(s) debt was incurred** 05/20/2025
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $100,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.55 **Nonpriority creditor's name and mailing address**
Ziwei Lu
1126 NW 57th St
Gainesville, FL 32605
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $2,791.20
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 667,298.24 |
| **5b. Total claims from Part 2** | 5b. + | $ 2,082,093.45 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 2,749,391.69 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name Frazer School, Inc.

United States Bankruptcy Court for the: NORTHERN DISTRICT OF FLORIDA

Case number (if known) 26-10181

☐ Check if this is an amended filing

# Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | School Transition and Asset Purchase Agreement, entered into 12/17/2025 | Edge Content, LLC<br>2510 NW 16th Ave<br>Gainesville, FL 32605 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | School Transition and Asset Purchase Agreement, entered into 12/17/2025 | James R. Schrader and Rachel E. Schrader<br>13226 SW 1st Place<br>Newberry, FL 32669 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | School Transition and Asset Purchase Agreement, entered into 12/17/2025 | Kurt Dudas and Brittany Dudas<br>1031 SW 131st St<br>Newberry, FL 32669 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Lease for school building, due in the amount of $150,000.00 monthly. | Newberry Christian Community School, Inc<br>1520 NW 34th St<br>Gainesville, FL 32605 |
| | State the term remaining | 19 Years (Ending 5/23/2045) | |
| | List the contract number of any government contract | | |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Frazer School, Inc. Case number (*if known*) 26-10181

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5. State what the contract or lease is for and the nature of the debtor's interest | School Transition and Asset Purchase Agreement, entered into 12/17/2025 | |
| State the term remaining | | |
| List the contract number of any government contract | | Newberry Christian Community School, Inc<br>1520 NW 34th St<br>Gainesville, FL 32605 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name Frazer School, Inc.

United States Bankruptcy Court for the: NORTHERN DISTRICT OF FLORIDA

Case number (if known) 26-10181

☐ Check if this is an amended filing

# Official Form 206H
## Schedule H: Your Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | Street<br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | Street<br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | Street<br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy