Exhibit A

Payments to Creditors within 90 Days before Filing

# Frazer School, Inc.
## Transaction Detail by Account
### All Dates

1100 Capital City Checking - 5037

| Transaction date | Transaction type | Num | Name | Description | Split | Amount | Balance | Confirmed with Bank Statement |
|---|---|---|---|---|---|---|---|---|
| 05/21/2024 | Check | 107 | James Schrader | | 6600 General Overhead:6740 Software & apps | -389.64 | -389.64 | Yes |
| 05/23/2024 | Check | To print | James Schrader | | 3100 Shareholders' equity:3110 Distributions | -5,000.00 | -5,389.64 | Yes ck # 111 on statement |
| 05/23/2024 | Check | 109 | James Schrader | | 6600 General Overhead:6740 Software & apps | -135.00 | -5,524.64 | Yes |
| 06/17/2024 | Check | To print | James Schrader | | 6600 General Overhead:6800 Ask My Accountant | -15,000.00 | -20,524.64 | Yes ck# 1001 on statement |
| 07/03/2024 | Check | 1008-JS | James Schrader | | 6400 Operating Expenses:6550 School Supplies | -5,000.00 | -25,524.64 | Yes |
| 07/10/2024 | Check | 1012 | James Schrader | | 6400 Operating Expenses:6560 Small Equipment | -16,200.00 | -41,724.64 | Yes |
| 07/10/2024 | Check | 1015 | James Schrader | | 1310 Furniture & fixtures | -20,000.00 | -61,724.64 | Yes |
| 07/23/2024 | Expense | Tranfer | James Schrader | | 6200 Occupancy:6230 Repairs & maintenance | -54,000.00 | -115,724.64 | Yes |
| 07/30/2024 | Check | 250 | James Schrader | | 1310 Furniture & fixtures | -10,000.00 | -125,724.64 | Yes |
| 07/30/2024 | Check | 1011 | James Schrader | | 1310 Furniture & fixtures | -5,500.00 | -131,224.64 | Yes |
| 08/09/2024 | Check | 266 | James Schrader | | 1310 Furniture & fixtures | -20,000.00 | -151,224.64 | Yes |
| 08/16/2024 | Check | 256 | James Schrader | | 1310 Furniture & fixtures | -12,000.00 | -163,224.64 | Yes |
| 08/20/2024 | Check | 258 | James Schrader | | 1310 Furniture & fixtures | -2,000.00 | -165,224.64 | Yes |
| 08/23/2024 | Check | 263 | James Schrader | | 1310 Furniture & fixtures | -2,000.00 | -167,224.64 | Yes |
| 08/26/2024 | Check | 264 | James Schrader | | 1310 Furniture & fixtures | -5,000.00 | -172,224.64 | Yes |
| 08/26/2024 | Check | 265 | James Schrader | | 1310 Furniture & fixtures | -1,000.00 | -173,224.64 | Yes |
| 10/01/2024 | Check | 2154 | James R Schrader | Tree Removal Hurricane | 6200 Occupancy:6300 Utilities:6350 Waste | -1,500.00 | -174,724.64 | Yes |
| 10/04/2024 | Check | 2155 | James R Schrader | Tree Removal from driveways Hurricane | 6200 Occupancy:6300 Utilities:6350 Waste | -4,500.00 | -179,224.64 | Yes |
| 10/07/2024 | Check | 2158 | James Schrader | | 3100 Shareholders' equity:3110 Distributions | -3,000.00 | -182,224.64 | Yes |
| 10/14/2024 | Check | 2160 | James R Schrader | | 3100 Shareholders' equity:3110 Distributions | -2,500.00 | -184,724.64 | Yes |
| 10/23/2024 | Check | 2030 | James Schrader | | 6600 General Overhead:6740 Software & apps | -1,011.50 | -185,736.14 | Yes |
| 10/29/2024 | Check | | James Schrader | Check-Cashed/Withdrawal; Desks & Chairs for Hudson purchased at Auction | 6400 Operating Expenses:6560 Small Equipment | -10,000.00 | -195,736.14 | Yes |
| 10/31/2024 | Check | 2163 | James Schrader | | 6400 Operating Expenses:6480 Food Supplies | -833.10 | -196,569.24 | Yes |
| 11/07/2024 | Deposit | | James Schrader | Telephone transfer credit from A Telephone transfer credit from Acct No. XXXXXXX0007-L | 2410 Shareholder Loans | 50,000.00 | -146,569.24 | Yes |
| 11/19/2024 | Check | 2165 | James Schrader | | 3110 Shareholders' equity: Distributions | -3,000.00 | -149,569.24 | Yes |
| 11/20/2024 | Expense | | James Schrader | | 2410 Shareholder Loans | -50,000.00 | -199,569.24 | Yes - cannot see payee |
| 11/22/2024 | Check | 2168 | James Schrader | | 6600 General Overhead:6800 Ask My Accountant | -10,000.00 | -209,569.24 | Yes |
| 12/03/2024 | Payroll Check | DD | James R Schrader | Pay Period: 11/03/2024-11/16/2024 | 2300 Payroll Liabilities:2345 Direct Deposit Payable | -7,090.94 | -216,660.18 | Yes |
| 12/03/2024 | Payroll Check | DD | James R Schrader | Pay Period: 10/20/2024-11/02/2024 | 2300 Payroll Liabilities:2345 Direct Deposit Payable | -7,090.93 | -223,751.11 | Yes |
| 12/03/2024 | Payroll Check | DD | James R Schrader | Pay Period: 09/22/2024-10/05/2024 | 2300 Payroll Liabilities:2345 Direct Deposit Payable | -7,090.93 | -230,842.04 | Yes |
| 12/03/2024 | Payroll Check | DD | James R Schrader | Pay Period: 10/06/2024-10/19/2024 | 2300 Payroll Liabilities:2345 Direct Deposit Payable | -7,090.94 | -237,932.98 | Yes |
| 12/04/2024 | Payroll Check | DD | James R Schrader | Pay Period: 11/17/2024-11/30/2024 | 2300 Payroll Liabilities:2345 Direct Deposit Payable | -7,090.93 | -245,023.91 | Yes |
| 12/20/2024 | Payroll Check | DD | James R Schrader | Pay Period: 12/01/2024-12/14/2024 | 2300 Payroll Liabilities:2345 Direct Deposit Payable | -7,090.94 | -252,114.85 | Yes |
| 12/30/2024 | Check | 2183 | James R Schrader | | 3100 Shareholders' equity:3110 Distributions | -115,000.00 | -367,114.85 | Yes |
| 12/30/2024 | Check | 2184 | Rachel E. Schrader | | 3100 Shareholders' equity:3110 Distributions | 0.00 | -367,114.85 | |
| 12/30/2024 | Check | 2185 | Rachel E. Schrader | | 3100 Shareholders' equity:3110 Distributions | -115,000.00 | -482,114.85 | Yes |
| 12/31/2024 | Payroll Check | DD | Rachel E. Schrader | Pay Period: 09/22/2024-10/05/2024 | 2300 Payroll Liabilities:2345 Direct Deposit Payable | -7,090.93 | -489,205.78 | Yes |
| 12/31/2024 | Payroll Check | DD | Rachel E. Schrader | Pay Period: 10/06/2024-10/19/2024 | 2300 Payroll Liabilities:2345 Direct Deposit Payable | -7,090.94 | -496,296.72 | Yes |
| 12/31/2024 | Payroll Check | DD | Rachel E. Schrader | Pay Period: 10/20/2024-11/02/2024 | 2300 Payroll Liabilities:2345 Direct Deposit Payable | -7,090.93 | -503,387.65 | Yes |
| 12/31/2024 | Payroll Check | DD | Rachel E. Schrader | Pay Period: 11/03/2024-11/16/2024 | 2300 Payroll Liabilities:2345 Direct Deposit Payable | -7,090.94 | -510,478.59 | Yes |
| 12/31/2024 | Payroll Check | DD | Rachel E. Schrader | Pay Period: 11/17/2024-11/30/2024 | 2300 Payroll Liabilities:2345 Direct Deposit Payable | -7,090.93 | -517,569.52 | Yes |
| 12/31/2024 | Payroll Check | DD | Rachel E. Schrader | Pay Period: 12/01/2024-12/14/2024 | 2300 Payroll Liabilities:2345 Direct Deposit Payable | -7,090.94 | -524,660.46 | Yes |
| 01/24/2025 | Payroll Check | 2194 | James R Schrader | Pay Period: 12/29/2024-01/11/2025 | 2300 Payroll Liabilities | -7,108.39 | -531,768.85 | Yes |
| 01/24/2025 | Payroll Check | 2195 | Rachel E. Schrader | Pay Period: 12/29/2024-01/11/2025 | 2300 Payroll Liabilities | -7,108.39 | -538,877.24 | Yes |
| 02/07/2025 | Check | 2200 | James Schrader | Check-Cashed/Withdrawal; Tables & Chairs purchased at Auction | 1310 Furniture & fixtures | -10,000.00 | -548,877.24 | Yes |
| 02/11/2025 | Check | 2201 | James Schrader | Check-Cashed/Withdrawal; Desks & Chairs for Hudson purchased at Auction | 1310 Furniture & fixtures | -10,000.00 | -558,877.24 | Yes |
| 02/25/2025 | Check | 2203 | James Schrader | Check-Cashed/Withdrawal; Desks & Chairs for Hudson purchased at Auction | 1310 Furniture & fixtures | -22,400.00 | -581,277.24 | Yes |
| 04/11/2025 | Check | 2210 | James Schrader | Check-Cashed/Withdrawal; Desks & Chairs for Hudson purchased at Auction | 2410 Shareholder Loans | -12,000.00 | -593,277.24 | Yes |
| 06/24/2025 | Check | 2232 | James Schrader | | 6400 Operating Expenses:6560 Small Equipment | -9,674.85 | -602,952.09 | Yes |
| 08/06/2025 | Check | 2246 | James Schrader | Check-Cashed/Withdrawal | 3100 Shareholders' equity:3110 Distributions | -7,000.00 | -609,952.09 | Yes |
| 08/07/2025 | Check | 2248 | James Schrader | | 6560 Operating Expenses: Small Equipment | -161.40 | -610,113.49 | Yes |
| 08/15/2025 | Payroll Check | 2257 | James R Schrader | Pay Period: 07/27/2025-08/09/2025 | 2300 Payroll Liabilities | -3,274.24 | -613,387.73 | Yes |
| 08/25/2025 | Check | To print | James Schrader | Check-Cashed/Withdrawal | 3100 Shareholders' equity:3110 Distributions | -10,000.00 | -623,387.73 | Yes ck# 2288 on statement |
| 08/29/2025 | Payroll Check | DD | Rachel E. Schrader | Pay Period: 08/10/2025-08/23/2025 | 2300 Payroll Liabilities:2345 Direct Deposit Payable | -7,108.40 | -630,496.13 | Yes |
| 08/29/2025 | Payroll Check | DD | James R Schrader | Pay Period: 08/10/2025-08/23/2025 | 2300 Payroll Liabilities:2345 Direct Deposit Payable | -3,274.23 | -633,770.36 | Yes |
| 11/03/2025 | Check | 2385 | James Schrader | | 2410 Shareholder Loans | -7,000.00 | -640,770.36 | Yes |
| 11/03/2025 | Check | 2386 | James Schrader | | 2410 Shareholder Loans | -6,000.00 | -646,770.36 | Yes |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 11/03/2025 | Check | 2387 | James Schrader | 2410 Shareholder Loans | -17,000.00 | -663,770.36 | Yes |
| | 11/12/2025 | Check | 2439 | James Schrader | 2410 Shareholder Loans | -45,000.00 | -708,770.36 | Yes |
| **Total for 1100 Capital City Checking - 5037** | | | | | | **-$708,770.36** | | |