# Frazer School, Inc.

Profit and Loss

July 2026

| | Total |
|---|---|
| Income | |
| 4200 Clubs/Competition Teams | 3,000.00 |
| 4210 Curriculum Books | -$1,297.00 |
| 6450 Curriculum | -7,140.38 |
| **Total for 4210 Curriculum Books** | **-$8,437.38** |
| 4230 Lunch Income | 1,073.02 |
| 4255 Transportation Income | 1,500.00 |
| **Total for Income** | **-$2,864.36** |
| **Gross Profit** | **-$2,864.36** |
| Expenses | |
| 6000 Labor Costs | |
| 6050 Other Employee Costs | |
| 6070 Worker's Comp | 634.00 |
| **Total for 6050 Other Employee Costs** | **$634.00** |
| **Total for 6000 Labor Costs** | **$634.00** |
| 6200 Occupancy | |
| 6220 Cleaning Services | 6,865.00 |
| 6230 Repairs & maintenance | 2,067.74 |
| 6240 Lawn Maintenance | 800.00 |
| 6250 IT Services | 3,226.50 |
| 6300 Utilities | $556.06 |
| 6320 Phone service | 75.19 |
| 6330 Internet & TV services | 4,380.40 |
| **Total for 6300 Utilities** | **$5,011.65** |
| **Total for 6200 Occupancy** | **$17,970.89** |
| 6400 Operating Expenses | |
| 6550 School Supplies | 1,297.00 |
| 6580 Supplies | 70.85 |
| 6590 Transportation Expense | 2,445.46 |
| **Total for 6400 Operating Expenses** | **$3,813.31** |
| 6600 General Overhead | |
| 6620 Bank fees & service charges | 249.99 |
| 6690 Professional Fees | 5,330.00 |
| 6710 QuickBooks Payments Fees | 844.00 |
| 6740 Software & apps | 2,060.70 |
| 6900 Uncategorized Expense | 75.19 |
| 6950 Reimbursements | 1,206.88 |
| **Total for 6600 General Overhead** | **$9,766.76** |

# Frazer School, Inc.

Profit and Loss

July 2026

| | Total |
|---|---|
| Payroll Expenses | |
| Taxes | 1,636.64 |
| Wages | 21,393.86 |
| **Total for Payroll Expenses** | **$23,030.50** |
| **Total for Expenses** | **$55,215.46** |
| **Net Operating Income** | **-$58,079.82** |
| Other Income | |
| 7000 Interest Earned | 8.37 |
| **Total for Other Income** | **$8.37** |
| **Net Other Income** | **$8.37** |
| **Net Income** | **-$58,071.45** |