# Frazer School, Inc.

Profit and Loss

August 2026

| | Total |
|---|---|
| Income | |
| 4000 Tuition | 1,166,729.90 |
| 4200 Clubs/Competition Teams | 50.00 |
| 4230 Lunch Income | 16,922.19 |
| 4257 Testing Fees | 1,460.00 |
| 4280 After School Income | 61.80 |
| **Total for Income** | **$1,185,223.89** |
| **Gross Profit** | **$1,185,223.89** |
| Expenses | |
| 6100 Labor Costs | |
| 6020 Salaries & Wages | 208,803.64 |
| 6040 Payroll taxes | 17,066.93 |
| 6070 Worker's Comp | 750.00 |
| 6110 Substitute Pay | 300.00 |
| **Total for 6100 Labor Costs** | **$226,920.57** |
| 6200 Occupancy | |
| 6220 Cleaning Services | 4,800.00 |
| 6230 Repairs & maintenance | 1,439.21 |
| 6240 Lawn Maintenance | 800.00 |
| 6250 IT Services | 3,674.40 |
| 6260 Utilities | |
| 6261 Electric | 33,801.45 |
| 6264 Phone service | 74.72 |
| **Total for 6260 Utilities** | **$33,876.17** |
| **Total for 6200 Occupancy** | **$44,589.78** |
| 6300 General & Administrative Expenses | |
| 6325 Auto Expenses | |
| Fuel | 97.01 |
| **Total for 6325 Auto Expenses** | **$97.01** |
| 6330 Bank fees & service charges | 972.36 |
| 6332 Competition Fees | 588.00 |
| 6340 Fingerprinting | 89.00 |
| 6350 Insurance | |
| Liability insurance | 2,024.27 |
| **Total for 6350 Insurance** | **$2,024.27** |
| 6355 Licenses & Permits | 600.00 |
| 6358 Office expenses | 27.74 |
| 6360 Printing & photocopying | 660.25 |
| 6365 Professional Fees | |
| Accounting fees | 2,837.50 |
| **Total for 6365 Professional Fees** | **$2,837.50** |
| 6370 Software & apps | 1,012.58 |

# Frazer School, Inc.

Profit and Loss

August 2026

| | Total |
| --- | --- |
| 6375 Supplies | $1,621.90 |
| After School Supplies | 883.14 |
| Classroom Supplies | 911.36 |
| Curriculum | 21,782.33 |
| Robotics | 375.00 |
| School Supplies | 27.00 |
| **Total for 6375 Supplies** | **$25,600.73** |
| **Total for 6300 General & Administrative Expenses** | **$34,509.44** |
| 6950 Reimbursements | 0.00 |
| **Total for Expenses** | **$306,019.79** |
| **Net Operating Income** | **$879,204.10** |
| Other Income | |
| 7000 Interest Earned | 8.44 |
| **Total for Other Income** | **$8.44** |
| **Net Other Income** | **$8.44** |
| **Net Income** | **$879,212.54** |