# Exhibit Tag/ Cover Sheet

**Party submitting:** Debtor/Plaintiff **Ex. #** 20

**Admitted: Yes or No (circle one)**

**Debtor:** Frazer School, Inc.

**Case No.:** 26-10181-KKS

***Adv. No.*:** 26-01014-KKS

**Nature of Hearing/**
**Docket No:** 105

Preliminary and Final Evidentiary Hearings

**Dated** ______________ **, 20___.**

**By:**______________________**, Deputy Clerk**

*Exhibit withheld from Docket to protect personally-identifiable information contained on Checks Registers.