UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

In re: FRAZER SCHOOL, INC.,

Debtor.
_______________________________________/

Case No. 26-10181-KKS
Chapter 11

**AMENDED[1] MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

COMES NOW Joyner Construction Partners, LLC, ("JCP") an interested party, ("Movant") by and through its undersigned attorney, pursuant to 11 U.S.C. §362(d)(1) and moves this Court to enter an order lifting the automatic stay for cause and as grounds therefore would show unto the Court as follows:

1. On June 12, 2026, Frazer School, Inc., Debtor, filed a voluntary petition for relief under Chapter 11, title 11, U.S.C.

2. At the time of the filing of the petition, the Debtor was occupying certain real property located at 4700 NW 89th Blvd., Gainesville, Florida, 32606, Parcel ID #06041-002-003 (the "Real Property"). The legal description of the Real Property is attached as "Exhibit A."

3. Upon information and belief, record title to the Real Property is currently in the name of Newberry Christian Community School.

4. Prior to the filing of the Debtor's petition, Movant furnished labor, services and materials to complete an interior renovation of an existing building located on the Real Property. On December 10, 2025, Movant filed a Claim of Lien as to these services at Book 5247, Page 177 of the Public Records of Alachua County, Florida. A copy of the Claim of Lien is attached as "Exhibit B." At the time of the filing of the Claim of Lien, Movant was owed $3,466,178.41.

5. Movant subsequently received a partial payment in the amount of $1,500,000.00. Movant issued a Partial Assignment of Construction Lien in favor of Gen

---

[1] Amended to eliminate negative notice provision.

Z Consulting, LLC and recorded a copy of the Assignment at Book 5251, Page 1446 of the Public Records of Alachua County, Florida on January 9, 2026. A copy of the Assignment of Construction Lien is attached as "Exhibit C."

6. Movant then recorded an Amended Claim of Lien at Book 5260, Page 2190 of the Public Records of Alachua County, Florida on March 13, 2026. The Amended Claim of Lien shows an unpaid balance of $1,700,517.00. Interest continues to accrue on this balance. A copy of the Amended Claim of Lien is attached as "Exhibit D."

7. Movant seeks relief from the automatic stay for cause to file a complaint to foreclose its construction lien on the Real Property. A complaint must be filed within one year of the date of recordation of the original lien, no later than December 9, 2026. Time is running out. Movant would agree, if necessary, to pursue such an action to the point of obtaining a final judgment, but would not schedule a sale date until further order of this Court.

WHEREFORE, Movant moves this Court to enter an order:

a) lifting the automatic stay for cause to allow Movant to pursue its *in rem* remedies as to the Real Property up to the point of obtaining a final judgment;

b) granting such other and further relief as the Court deems just and proper; and

c) providing that the order is not subject to the 14 day stay requirement contained in F.R.Bankr.P. 4001(e).

RUFF & COHEN, P. A.
4010 Newberry Road, Suite G
Gainesville, Florida 32607
Telephone: (352) 376-3601
Facsimile: (352) 378-1261
Attorneys for Joyner Construction Partners, LLC

By: /s/ Lisa C. Cohen
Lisa C. Cohen
Florida Bar No. 558291
lcohen@ruffcohen.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic mail via CM/ECF on October 8, 2026 to Steven M. Berman at: sberman@shumaker.com; Jason H. Egan at: Jason.h.egan@usdoj.gov, the Office of the U.S. Trustee at: USTPRegion21.TL.ECF@usdoj.gov; Kevin A. Forsthoefel at: KForsthoefel@ausley.com; Ari Newman at: newmanar@gtlaw.com; Katharine Grace Perrigan at: Katharine.perrigan@agg.com; and to James Joseph Webb at: jwebb@cohanddussi.com; and by U.S. mail, postage prepaid to the List of 20 Largest unsecured creditors pursuant to the matrix attached to the original filed with the court, and to Frazer School, Inc., 4700 NW 89 Blvd., Gainesville, FL 32606 and Gaurav Seth, 3148 SW 108th Way, Gainesville, FL 32608-1282 on this 8th day of October, 2026.

/s/ Lisa C. Cohen
Lisa C. Cohen

# EXHIBIT A

**TPN: 06041-002-003 (A PORTION OF)**

A PARCEL OF LAND LYING IN SECTION 20, TOWNSHIP 9 SOUTH, RANGE 19 EAST, ALACHUA COUNTY, FLORIDA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

**COMMENCE** AT THE NORTHWEST CORNER OF SAID SECTION 20 AND RUN SOUTH 00°40'50" EAST, ALONG THE WEST LINE OF SAID SECTION 20, A DISTANCE OF 2402.64 FEET TO A POINT LYING NORTH 00°40'50" WEST, A DISTANCE OF 647.33 FEET FROM THE SOUTHWEST CORNER OF PARCEL 3 AS DESCRIBED IN OFFICIAL RECORDS BOOK 5060, PAGE 2141, PUBLIC RECORDS OF ALACHUA COUNTY, FLORIDA; THENCE DEPARTING SAID WEST LINE OF SAID SECTION 20, RUN SOUTH 88°42'52" EAST, A DISTANCE OF 181.81 FEET; THENCE RUN NORTH 01°17'08" EAST, A DISTANCE OF 15.17 FEET TO THE **POINT OF BEGINNING**; THENCE RUN NORTH 01°17'08" EAST, A DISTANCE OF 95.82 FEET; THENCE RUN NORTH 73°53'50" EAST, A DISTANCE OF 101.79 FEET; THENCE RUN NORTH 16°09'39" WEST, A DISTANCE OF 33.59 FEET; THENCE RUN NORTH 73°50'21" EAST, A DISTANCE OF 47.63 FEET; THENCE RUN NORTH 56°58'52" EAST, A DISTANCE OF 231.63 FEET; THENCE RUN SOUTH 78°02'59" EAST, A DISTANCE OF 131.29 FEET; THENCE RUN SOUTH 11°56'57" WEST, A DISTANCE OF 202.52 FEET; THENCE RUN SOUTH 57°03'23" WEST, A DISTANCE OF 133.54 FEET; THENCE RUN NORTH 78°00'39" WEST, A DISTANCE OF 172.71 FEET; THENCE RUN SOUTH 76°05'02" WEST, A DISTANCE OF 140.18 FEET TO THE **POINT OF BEGINNING.**

RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 3662943 1 PG(S)
12/10/2025 11:37 AM
BOOK 5247 PAGE 177
J.K. JESS IRBY, ESQ.
Clerk of the Court, Alachua County, Florida
ERECORDED Receipt # 1300902
Doc Stamp-Mort: $0.00
Doc Stamp-Deed: $0.00
Intang. Tax: $0.00

Prepared by and return to:
Jose I. Moreno
Attorney at Law
Jose I. Moreno PA
240 NW 76th Drive, Suite D
Gainesville, FL 32607

"Exhibit B"

WARNING!

THIS LEGAL DOCUMENT REFLECTS THAT A CONSTRUCTION LIEN HAS BEEN PLACED ON THE REAL PROPERTY LISTED HEREIN. UNLESS THE OWNER OF SUCH PROPERTY TAKES ACTION TO SHORTEN THE TIME PERIOD, THIS LIEN MAY REMAIN VALID FOR ONE YEAR FROM THE DATE OF RECORDING, AND SHALL EXPIRE AND BECOME NULL AND VOID THEREAFTER UNLESS LEGAL PROCEEDINGS HAVE BEEN COMMENCED TO FORECLOSE OR TO DISCHARGE THIS LIEN.

# CLAIM OF LIEN

STATE OF FLORIDA
COUNTY OF ALACHUA

Before me, the undersigned notary public, personally appeared **JOHN T. SIXBEY**, as AMBR of **JOYNER CONSTRUCTION PARTNERS, LLC a Florida limited liability company**, who was duly sworn and says that he is the lienor herein and the agent of the lienor herein, whose address is 7545 W. University Avenue, Suite B, Gainesville, Florida 32607; and that in accordance with a contract with **NEWBERRY CHRISTIAN COMMUNITY SCHOOL Inc., a Florida not-for-profit corporation** lienor furnished labor, services, or materials consisting of: **INTERIOR RENOVATION OF EXISTING BUILDING** on the following described real property in Alachua County, Florida: **4700 NW 89th Blvd. Gainesville, Florida 32606, With Parcel ID #06041-002-003** Owned by **NEWBERRY CHRISTINA COMMUNITY SCHOOL, a Florida not-for-profit corporation whose address is 3536 NW 8th Avenue, Gainesville, Florida 32605**, of a total value **of $4,940,142.26** of which there remains unpaid **$3,466,178.41**, and furnished the first of the items on June 1, 2025, and the project is still on going.

Joyner Construction Partners, LLC

By: ______________________
Print Name: John T. Sixbey
Print Title: AMBR
Mailing Address: 7545 W. University Ave, Suite B
Gainesville, Florida 32607

STATE OF FLORIDA
COUNTY OF ALACHUA

THE FOREGOING INSTRUMENT WAS ACKNOWLEDGED BEFORE ME by means of [✓] physical presence or [ ] online notarization this 5 day of December 2025, by John T. Sixbey as AMBR of Joyner construction Partners LLC, who is personally known to me or who has produced a Florida driver's license as identification and who did not take an oath.

JOSE I. MORENO
Commission # HH 311080
Expires September 19, 2026

Notary Public______________________
State of Florida at Large

RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 3667949 2 PG(S)
1/9/2026 3:30 PM
BOOK 5251 PAGE 1446
J.K. JESS IRBY, ESQ.
Clerk of the Court, Alachua County, Florida
ERECORDED Receipt # 1305227
Doc Stamp-Mort: $0.00
Doc Stamp-Deed: $0.00
Intang. Tax: $0.00

"Exhibit C"

# PARTIAL ASSIGNMENT OF CONSTRUCTION LIEN

*(This document must be signed by Joyner Construction Partners and Notarized for recording)*

**PREPARED BY AND RETURN TO:**

**JOSE I MORENO PA**
**Jose I Moreno, Esq**
**240 NW 76th Drive, Suite D**
**Gainesville, Florida 32607**

PARTIAL ASSIGNMENT OF CONSTRUCTION LIEN

**KNOW ALL MEN BY THESE PRESENTS,** that **JOYNER CONSTRUCTION PARTNERS LLC**, a Florida limited liability company ("**Assignor**"), for and in consideration of the sum of Ten Dollars ($10.00) and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, hereby assigns, transfers, and sets over unto **GEN Z CONSULTING LLC, A Florida limited liability company** ("**Assignee**"), all of Assignor's right, title, and interest in and to that certain Claim of Lien in the amount of **$1,500,000.00** (a portion of the total lien amount), against the following described real property:

**Property Address:** 4700 NW 89th Boulevard, Gainesville, FL 32606
**Legal Description:** Parcel ID #06041-002-003

**REFERENCE TO ORIGINAL LIEN:** This partial assignment relates to that certain Claim of Lien recorded by Assignor on December 10th, 2025 in **Official Records Book 5247 Page 177**, of the Public Records of **Alachua County, Florida**, in the original total amount of $3,466,178.41.

**INTENT OF ASSIGNMENT:** It is the intent of this instrument to assign to Assignee a 2nd priority position in said lien to the extent of **$1,500,000.00** only. Assignor retains all rights, title, and interest in the remaining balance of the Claim of Lien not hereby assigned.

**RESPONSIBILITY FOR DOCUMENTATION:** Assignor acknowledges that Assignee relies on Assignor's professional experience in construction and lien law matters. Assignor warrants that this Assignment is properly drafted and sufficient to transfer the stated lien rights under Florida law. Assignor assumes full responsibility for the proper recording of this instrument in the Public Records of Alachua County, Florida.

**WARRANTY:** Assignor warrants that it has not previously assigned or hypothecated the portion of the lien hereby assigned and that it has the full right and authority to execute this assignment.

"Exhibit D"

RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 3679129 1 PG(S)
3/13/2026 2:33 PM
BOOK 5260 PAGE 2190
J.K. JESS IRBY, ESQ.
Clerk of the Court, Alachua County, Florida
ERECORDED Receipt # 1315584
Doc Stamp-Mort: $0.00
Doc Stamp-Deed: $0.00
Intang. Tax: $0.00

WARNING!

THIS LEGAL DOCUMENT REFLECTS THAT A CONSTRUCTION LIEN HAS BEEN PLACED ON THE REAL PROPERTY LISTED HEREIN. UNLESS THE OWNER OF SUCH PROPERTY TAKES ACTION TO SHORTEN THE TIME PERIOD, THIS LIEN MAY REMAIN VALID FOR ONE YEAR FROM THE DATE OF RECORDING, AND SHALL EXPIRE AND BECOME NULL AND VOID THEREAFTER UNLESS LEGAL PROCEEDINGS HAVE BEEN COMMENCED TO FORECLOSE OR TO DISCHARGE THIS LIEN.

# AMENDED CLAIM OF LIEN

STATE OF FLORIDA
COUNTY OF ALACHUA

Before me, the undersigned notary public, personally appeared **JOHN T. SIXBEY,** as AMBR of **JOYNER CONSTRUCTION PARTNERS, LLC a Florida limited liability company,** who was duly sworn and says that he is the lienor herein and the agent of the lienor herein, whose address is 7545 W. University Avenue, Suite B, Gainesville, Florida 32607; and that in accordance with a contract with **NEWBERRY CHRISTIAN COMMUNITY SCHOOL Inc., a Florida not-for-profit corporation** lienor furnished labor, services, or materials consisting of: **INTERIOR RENOVATION OF EXISTING BUILDING** on the following described real property in Alachua County, Florida: **4700 NW 89th Blvd. Gainesville, Florida 32606, With Parcel ID #06041-002-003** Owned by **NEWBERRY CHRISTINA COMMUNITY SCHOOL, a Florida not-for-profit corporation whose address is 3536 NW 8th Avenue, Gainesville, Florida 32605,** of a total value of **$4,940,142.26** of which there remains unpaid **$1,700,517.00,** and furnished the first of the items on June 1, 2025, and the project completion December 31, 2025.

**Joyner Construction Partners, LLC**

By: ______________________
Print Name: John T. Sixbey
Print Title: AMBR
Mailing Address: 7545 W. University Ave, Suite B
Gainesville, Florida 32607

STATE OF FLORIDA
COUNTY OF ALACHUA

THE FOREGOING INSTRUMENT WAS ACKNOWLEDGED BEFORE ME by means of [ ] physical presence or [ ] online notarization this 12 day of March 2026, by John T. Sixbey as AMBR of Joyner construction Partners LLC, who is personally known to me or who has produced a Florida driver's license as identification and who did not take an oath.

JOSE I. MORENO
Commission # HH 311080
Expires September 19, 2026

Notary Public______________________
State of Florida at Large

**IN WITNESS WHEREOF**, the Assignor has executed this Partial Assignment of Construction Lien this 2 day of January, 2026.

**ASSIGNOR:** JOYNER CONSTRUCTION PARTNERS

By: ______________________ Name: John T. Sixbey II
Title: Manager

**STATE OF FLORIDA**

**COUNTY OF ALACHUA**

The foregoing instrument was acknowledged before me by means of ☒ physical presence or ☐ online notarization, this 2 day of January, 2026, by John T. Sixbey II as Manager of JOYNER CONSTRUCTION PARTNERS LLC, on behalf of the company. He/She is personally known to me or has produced ______________________ as identification.

JOSE I. MORENO
Commission # HH 311060
Expires September 19, 2026

______________________
Notary Public
State of Florida

Label Matrix for local noticing
1129-1
Case 26-10181-MWC
Northern District of Florida
Gainesville
Thu Oct 8 11:46:10 EDT 2026

*Edge Content LLC
c/o Ethan Fieldman
2510 NW 16th Ave
Gainesville, FL 32605-5127

*Gainesville Regional Utilities
301 SE 4th Avenue
Gainesville, FL 32601-6857

*Han Yi
8052 SW 86th Way
Gainesville, FL 32608-8702

*Hongtao Liu
8936 SW 11th Avenue
Gainesville, FL 32607-4962

*Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

*James Moore & Co
5931 NW 1st Pl
Gainesville, FL 32607-2063

*James and Rachel Schrader
13226 SW 1st Place
Newberry, FL 32669-3066

*Jing Xue
7869 SW 85th Terrace
Gainesville, FL 32608-5791

*Kandru Challa
2257 NW 31st Avenue
Gainesville, FL 32605-2301

*Khare Nirkhiwale
4337 NW 35th Terrace
Gainesville, FL 32605-6026

*Kurt and Brittany Dudas
1031 SW 131st St
Newberry, FL 32669-3738

*Marchick
13148 SW 3rd Lane
Newberry, FL 32669-3183

*My T Thai
6726 NW 81 Blvd
Gainesville, FL 32653-2972

*Patel Tatlor
14715 NW 50th Place
Alachua, FL 32615-3497

*Peng Lu
3880 SW 106 Street
Gainesville, FL 32608-9149

*Rashwin
540 NW Savannah Circle
Lot 18
Lake City, FL 32055-6869

*Riu Liu
10526 SW 22nd Ave
Gainesville, FL 32607-3269

*Southern Touch Cyber Services
9200 NW 39th Ave
Suite 130-3125
Gainesville, FL 32606-7331

*Yifan Wang
8453 NW 64th Ln
Gainesville, FL 32653-2986

*Ziwei Lu
1126 NW 57th Street
Gainesville, FL 32605-4494

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 20 |
| Bypassed recipients | 0 |
| Total | 20 |